# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACALYNNE FELMAN BORGOGNA, | Case No: 8:15-CV-01219-JPR |
| Plaintiff | **JUDGMENT** |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

Having approved the Stipulation To Voluntary Remand Pursuant To Sentence Four Of 42 U.S.C. § 405(g),

IT IS ORDERED that judgment is entered in accordance with the Order Of Remand.

DATE: April 13, 2016

*Jean Rosenbluth*

THE HONORABLE JEAN P. ROSENBLUTH
United States Magistrate Judge

-1-