# IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION – Santa Ana

JACALYNNE FELMAN BORGOGNA,

      Plaintiff,

    v.

COMMISSIONER OF
SOCIAL SECURITY,

      Defendant

Civil Action No.: 8:15-cv-1219-JPR
(Magistrate Judge Jean P. Rosenbluth)

## ORDER AWARDING EQUAL ACCESS TO JUSTICE
## ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. §2412(d)

Based upon the parties' Joint Stipulation for the Award and Payment of Equal Access to Justice Act Fees, IT IS ORDERED that fees in the amount of $6,000.00, as authorized by 28 U.S.C. §2412, and $400.00 in costs, be awarded subject to the terms of the Stipulation.

Dated: July 5, 2016

**JEAN ROSENBLUTH**

Judge Jean P. Rosenbluth
United States Magistrate Judge